No. D–125. IN RE DISBARMENT OF DUDEN. It is ordered that Frederick D. Duden, Jr., of Wynnewood, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–126. IN RE DISBARMENT OF SPAR. It is ordered that Charles Spar, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–127. IN RE DISBARMENT OF GONZALEZ. It is ordered that Maximino Gonzalez of Bronx, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–128. IN RE DISBARMENT OF KELLOGG. It is ordered that Jack L. Kellogg, of Plainsboro, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–129. IN RE DISBARMENT OF FITZPATRICK. It is ordered that Robert L. Fitzpatrick, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.